UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MUJAHID AKHMAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00610-ART-CSD<br><br>**ORDER** |

　　　The Court recently screened Plaintiff's complaint and granted him leave to file either a first amended complaint or a motion under Federal Rule of Civil Procedure 45 to discover the true names of the Doe defendants by February 5, 2025. (ECF No. 7).

　　　**IT IS THEREFORE ORDERED** that the motion for a status check (ECF No. 6) is denied as moot.

　　　**IT IS FURTHER ORDERED** that the Clerk of Court will send Plaintiff a courtesy copy of the approved form subpoena to produce documents, information, or objects (AO 88B).

　　　DATED: January 10, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE