1

2

3                    UNITED STATES DISTRICT COURT

4                        DISTRICT OF NEVADA

5   MUJAHID AKHMAD,                    Case No. 3:23-cv-00610-ART-CSD

6                         Plaintiff,   ORDER GRANTING MOTION TO
                                       EXTEND DEADLINE
7        v.

    STATE OF NEVADA, et al.,
8                                      (ECF No. 10)
                        Defendants.

9

10        Plaintiff Mujahid Akhmad moves to extend the February 5, 2025, deadline

11   for him to file either a first amended complaint or a motion under Federal Rule of

12   Civil Procedure 45 for the Court to issue a subpoena duces tecum by 30 days,

13   arguing that he needs more time because he filed a kite seeking to review his

14   prison medical records to discover the Doe defendants' true identities, but has

15   not yet received a response possibly due to staffing changes in the infirmary. (ECF

16   No. 10). Akhmad further argues that he is concurrently sending a second kite to

17   medical staff seeking access to his records. (*Id.* at 1).

18        Good cause appearing, it is hereby ordered that Akhmad's motion for an

19   extension of time (ECF No. 10) is granted, and the deadline for him to file either

20   a first amended complaint or a motion under Rule 45 is extended to March 7,

21   2025.

22

23        Dated this 7th day of February, 2025.

24

25

26   _____

27   ANNE R. TRAUM
     UNITED STATES DISTRICT JUDGE

28