UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MUJAHID AKHMAD, a/k/a JOE TORRES,<br><br>      Plaintiff,<br><br> v.<br><br>STATE OF NEVADA, *et al.*,<br><br>      Defendants. | Case No. 3:23-cv-00610-ART-CSD<br><br>ORDER |

  On August 27, 2025, this Court screened Plaintiff's first amended complaint, allowing some claims to proceed, referring this case to the Court's Inmate Early Mediation Program, and staying this case for 90 days for settlement purposes. ECF No. 13. Interested Party Nevada Department of Corrections timely filed a limited notice of appearance for settlement purposes. ECF No. 14. Two days later, Plaintiff submitted a recycled case-update motion that asks, "why no response to date?" *Compare* ECF No. 15, *with* ECF No. 6. The Court denies the motion because it is not clear what Plaintiff means. Plaintiff is advised that the Court has not yet scheduled a mediation conference, and nothing is awaiting a response. As a one-time courtesy, the Court will send Plaintiff a free copy of the docket sheet and screening order.

  It is therefore ordered that the motion for status check (ECF No. 15) is denied.

  The Clerk of Court is directed to send Plaintiff Mujahid Akhmad, a/k/a Joe Torres, a courtesy copy of the docket sheet, and to resend him the screening order (ECF No. 13).

DATED: September 22, 2025.

                 _____
                 UNITED STATES MAGISTRATE JUDGE