UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MUJAHID AKHMAD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00610-ART-CSD<br><br>**ORDER** |

Plaintiff moves the Court to find and appoint him a free attorney, arguing he does not understand the legal process, does not read or understand English very well, and the inmate who assisted him won't help anymore. (ECF No. 17). The motion does not identify Plaintiff's primary language. In screening Plaintiff's operative complaint, the Court referred this action to its Inmate Early Mediation Program and temporarily stayed it to allow the parties time to settle their dispute before expending more resources. (ECF No. 13). The order instructs that if Plaintiff needs an interpreter to participate in the mediation program, he must file a motion identifying the interpretation language and need for an interpreter within 30 days. (*Id.* at 14). That deadline expired but a mediation conference has not yet been scheduled.

**I.　CONCLUSION**

It is therefore ordered that the motion for appointment of counsel (ECF No. 17) is denied without prejudice.

It is further ordered that the deadline for Plaintiff to file a motion identifying his need for an interpreter to participate in the mediation conference and what interpretation language he needs is **reopened and extended to November 20, 2025**.

DATED: November 6, 2025



UNITED STATES MAGISTRATE JUDGE